CRANDALL HORSE COMPANY, Appellant, *v.* CHICAGO AND EASTERN ILLINOIS RAILWAY COMPANY, Respondent.

*Appeal — order of Appellate Division reversing order denying motion to vacate summons and granting motion — appeal to Court of Appeals dismissed.*

*Crandall Horse Co.* v. *Chicago & E. I. Ry. Co.*, 220 App. Div. 800, appeal dismissed.

(Argued May 8, 1928; decided May 29, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 4, 1927, which reversed an order of Special Term denying a motion to vacate service of the summons and granted said motion.

*Dean Hyland* and *L. P. Hancock* for appellant.
*Hugh McM. Russ* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.  Not sitting: POUND, J.